1  CELIA MCGUINNESS, Esq. (SBN 159420)
   PAUL L. REIN, Esq. (SBN 43053)
2  CATHERINE CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:        510/832-5001
   Facsimile:         510/832-4787
5  reinlawoffice@aol.com

6  STEVEN L. DERBY, ESQ. (SBN 148372)
   THE DERBY LAW FIRM P.C.
7  1255 Treat Blvd. Suite 300
   Walnut Creek, CA  94597
8  Telephone: (925) 472-6640
   Facsimile:  (925) 933-3964
9  derby@derbydisabilitylaw.com

10 Attorneys for Plaintiffs
   STEVE STERRY AND JEANNIE KARAISKOS
11
   *Defendants' counsel listed after the caption.*
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15
   STEVE STERRY AND JEANNIE
16 KARAISKOS,                          CASE NO. 2:14-cv-02932-GEB-CMK
                                       Civil Rights
17        Plaintiffs,

18 v.                                  **STIPULATION AND [PROPOSED] ORDER
                                       TO CHANGE STATUS CONFERENCE
19 R-RANCH IN THE SEQUOIAS; R-RANCH    DATE**
   IN THE SEQUOIAS OWNERSHIP
20 ASSOCIATION; RICHARD STACEY;
   WESLEY WALTON; and DOES 1-10,
21 inclusive,

22 Defendants.

23 LITTLER MENDELSON, P.C.
   MATTHEW E. FARMER, Bar No. 190484
24 IRENE V. FITZGERALD, Bar No. 266949
   5200 North Palm Avenue, Suite 302
25 Fresno, California 93704.2225
   Telephone: 559.244.7500
26 Facsimile: 559.244.7525
   mfarmer@littler.com
27 ifitzgerald@littler.com

28

STIPULATION AND [PROPOSED] ORDER
TO CHANGE DATE OF STATUS CONFERENCE
CASE NO. 2:14-cv-02932-GEB-CMK                - 1 -    G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\2015 01 28 stip to continue date for Status Conference (final).docx

Attorneys for Defendants
R-RANCH IN THE SEQUOIAS; R-RANCH IN THE SEQUOIAS OWNERS' ASSOCIATION AND RICHARD STACEY

QUALL CARDOT, LLP
MARY KRUGH, Bar No. 264584
205 East River Park Circle, Suite 110
Fresno, California 93720
Telephone: (559) 418-0333
Facsimile: (559) 418-0330
mkrugh@quallcardot.com

Attorneys for Defendant
WESLEY WALTON

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**STIPULATION**

Plaintiffs Steve Sterry and Jeannie Karaiskos ("Plaintiffs") and defendants R-Ranch in the Sequoias, R-Ranch in the Sequoias Owners' Association (erroneously named as "R-Ranch in the Sequoias Ownership Association"); Richard Stacey, and Wesley Walton ("Defendants"), by and through their respective counsel of record, stipulate and jointly request that the Court continue the Status Conference from February 23, 2015, to March 23, 2015, or a date thereafter that is agreeable to the Court.  This request is based on the following good cause:

1. The parties have agreed to work cooperatively and engage in early settlement discussions, in advance of the status conference.
2. Plaintiffs' counsel is scheduled to participate in an all-day mediation in another matter on February 23, 2015.
3. Defendant Wesley Walton's deadline to respond to the Complaint is March 16, 2015.
4. All parties are available on March 23, 2015.

Therefore, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this Court continue the date of the Status Conference from February 23, 2015, to March 23, 2015, or a date thereafter agreeable to the court and the Joint Status Conference

1  Statement shall be due two weeks prior to the conference.

2

3  Date:  January 27, 2015                    LAW OFFICE OF PAUL L. REIN

4

5                                              By: */s/ Celia McGuinness*
                                               CELIA McGUINNESS, ESQ.
                                               Attorneys for Plaintiffs
6                                              STEVE STERRY and JEANNIE KARAISKOS

7

8  Date:  January 27, 2015                    THE DERBY LAW FIRM P.C.

9

10                                             By: */s/ Steven L. Derby*
                                               STEVEN DERBY, ESQ.
                                               Attorneys for Plaintiffs
11                                             STEVE STERRY and JEANNIE KARAISKOS

12

13

14 Date:  January 27, 2015                    LITTLER MENDELSON, P.C.

15

16                                             By: *Matthew E. Farmer*
                                               MATTHEW E. FARMER, ESQ
                                               Attorneys for Defendants
17                                             R-RANCH IN THE SEQUOIAS; R-RANCH
                                               IN THE SEQUOIAS OWNERS' ASSOCIATION
18                                             AND RICHARD STACEY

19

20 Date:  January 27, 2015                    QUALL CARDOT, LLP

21

22                                             By: */s/ Mary Krugh*
                                                MARY KRUGH, ESQ
                                               Attorneys for Defendant
23                                             WESLEY WALTON

24

25

26

27

28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The Case Management Conference in the above captioned case is hereby moved from February 23, 2015, to March 23, 2015, at 9:00 a.m.  A Joint Case Management Conference statement shall be filed fourteen days prior to the hearing.

Dated:  January 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge