UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE STERRY and JEANNIE KARAISKOS,<br><br>             Plaintiffs,<br><br>      v.<br><br>R-RANCH IN THE SEQUOIAS, R-RANCH IN THE SEQUOIAS OWNERSHIP ASSOCIATION, RICHARD STACEY, and WESLEY WALTON,<br><br>             Defendants. | No. 2:14-cv-02932-GEB-CMK<br><br>**ORDER** |

On July 21, 2015, the parties filed a Discovery and Mediation Stipulation and Proposed Order in which they state they "agree[] to engage in voluntary mediation" and "agree all discovery proceedings shall be stayed until completion of the mediation." (Stipulation 2:2-6, ECF No. 20.) The parties request in connection with their stipulation that the Court continue the expert witness disclosure and discovery completion deadlines. (Id. at 3:5-12.)

The parties do not indicate in the stipulation or proposed order by when they intend to complete the agreed upon mediation. Should the parties seek continuation of discovery deadlines to permit them time to engage in mediation, they shall

1

file a stipulation and proposed order that includes a mediation completion date.

Dated: July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2