LITTLER MENDELSON, P.C.
MATTHEW E. FARMER, Bar No. 190484
IRENE V. FITZGERALD, Bar No. 266949
5200 North Palm Avenue, Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Facsimile:   559.244.7525
mfarmer@littler.com
ifitzgerald@littler.com

Attorneys for Defendants
R-RANCH IN THE SEQUOIAS; R-RANCH IN THE SEQUOIAS OWNERS' ASSOCIATION (erroneously named as "R-RANCH IN THE SEQUOIAS OWNERSHIP ASSOCIATION");
RICHARD STACEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVE STERRY and JEANNIE KARAISKOS,<br><br>Plaintiffs,<br><br>v.<br><br>R-RANCH IN THE SEQUOIAS; R-RANCH IN THE SEQUOIAS OWNERSHIP ASSOCIATION; RICHARD STACEY; WESLEY WALTON,<br><br>Defendants. | Case No.  2:14-CV-02932-GEB-CMK<br><br>**DISCOVERY AND MEDIATION STIPULATION**<br><br>Trial Date: July 26, 2016 |

Plaintiffs STEVE STERRY and JEANNIE KARAISKOS and Defendants R-RANCH IN THE SEQUOIAS; R-RANCH IN THE SEQUOIAS OWNERS' ASSOCIATION (erroneously named as "R-RANCH IN THE SEQUOIAS OWNERSHIP ASSOCIATION"), RICHARD STACEY, and WESLEY WALTON (collectively "Parties"), by and through their respective counsel of record, stipulate

DISCOVERY AND MEDIATION STIPULATION (NO.  2:14-CV-02932-GEB-CMK)

and agree as follows:

**WHEREAS** the Parties have agreed to engage in voluntary mediation **scheduled for August 28, 2015** with Dan Quinn acting as the mediator; and

**WHEREAS** in order to focus the Parties' efforts upon case mediation, the Parties agree all discovery proceedings shall be stayed until completion of the mediation; and

Pursuant to the Court's Order of July 28, 2015:

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

1. The Parties will engage in mediation to be completed **on August 28, 2015**.

2. All discovery proceedings in the instant action are stayed.

3. Should the case not resolve at mediation, the Parties agree that the following deadlines shall be extended:

   a) the initial expert witness disclosure deadline shall be extended to September 28, 2015;

   b) the deadline for rebuttal witness disclosure shall be extended to October 28, 2015;

   c) the deadline by which all discovery shall be completed shall be extended to thirty (30) days from the present deadline, to January 21, 2016.

**SO STIPULATED.**

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

DISCOVERY AND MEDIATION STIPULATION (NO. 2:14-CV-02932-GEB-CMK)

2.

| | |
|---|---|
| Date: July 30, 2015 | LAW OFFICE OF PAUL L. REIN |
| | By:    */s/ Celia McGuinness*<br>CELIA McGUINNESS, ESQ.<br>Attorneys for Plaintiffs<br>STEVE STERRY and JEANNIE KARAISKOS |
| Date: July 30, 2015 | DERBY LAW FIRM |
| | By:    */s/ Steven L. Derby*<br>THE DERBY LAW FIRM<br>Attorneys for Plaintiffs<br>STEVE STERRY and JEANNIE KARAISKOS |
| Date: July 30, 2015 | QUALL CARDOT LLP |
| | By:   */s/ Mary Krugh*<br>MARY KRUGH, ESQ<br>Attorneys for Defendant<br>WESLEY WALTON |

DISCOVERY AND MEDIATION STIPULATION (NO. 2:14-CV-02932-GEB-CMK)

3.

Dated: July 30, 2015

LITTLER MENDELSON, P.C.
IRENE V. FITZGERALD


By:  */s/ Irene V. Fitzgerald*
MATTHEW E. FARMER
IRENE V. FITZGERALD
Attorneys for Defendants
R-RANCH IN THE SEQUOIAS; R-RANCH IN THE SEQUOIAS OWNERS' ASSOCIATION (erroneously named as "R-RANCH IN THE SEQUOIAS OWNERSHIP ASSOCIATION"); RICHARD STACEY

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

The Parties will engage in mediation to be completed on **August 28, 2015**.

All discovery proceedings in the instant action are stayed.

Should the case not resolve at mediation, the following deadlines shall be extended:

a) the initial expert witness disclosure deadline shall be extended to a date thirty (30) days after the date of the mediation;

b) the deadline for rebuttal witness disclosure shall be extended to a date sixty (60) days after the date of the mediation; and

c) the deadline by which all discovery shall be completed shall be extended by thirty (30) days from the present deadline, to January 21, 2016.

IT IS SO ORDERED

Dated: July 31, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

DISCOVERY AND MEDIATION STIPULATION (NO. 2:14-CV-02932-GEB-CMK)

4.